IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

SHAWN R. ORR,

   Plaintiff,

    v.

ORBIS CORPORATION (Wisconsin), et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:07-CV-2653-TWT

## ORDER

This is an employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 64] of the Magistrate Judge recommending granting the Defendants' Motion for Summary Judgment [Doc. 55]. No objections to the Report and Recommendation have been filed. For the reasons set out in the thorough and well-reasoned Report and Recommendation, the Defendants had legitimate and non-discriminatory reasons for demoting and ultimately terminating Plaintiff. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendants' Motion for Summary Judgment [Doc. 55] is GRANTED.

T:\ORDERS\07\Orr\r&r.wpd

SO ORDERED, this 23 day of August, 2010.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge